UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUSTIN R. HARRIS,                :
                                 :    Civil Action No. 05-323 (RBK)
          Petitioner,            :
                                 :
     v.                          :    **O R D E R**
                                 :
FEDERAL BUREAU OF PRISONS,       :
et al.,                          :
                                 :
          Respondents.           :

   For the reasons expressed in the Court's Opinion filed herewith,

   It is on this  16th  day of  February , 2006,

   ORDERED that the Clerk of the Court is directed to RE-OPEN this matter; and it is further

   ORDERED that Petitioner's motion to amend his petition (Docket Entry No. 13) is construed as a motion for reconsideration, and reconsideration of this matter is hereby GRANTED; and it is further

   ORDERED that this Court's October 6, 2005 Opinion and Order denying the writ in this matter (Docket Entry Nos. 11 and 12) are hereby VACATED; and it is further

   ORDERED that Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is GRANTED to the following extent:

   IT IS ORDERED that this matter is referred to Respondents for prompt reconsideration, in good faith, of the appropriate CCC

placement for Petitioner pursuant to 18 U.S.C. §§ 3621(b) and 3624(c), and it is further

ORDERED that Respondents shall make findings and report the results of such consideration to this Court within fourteen (14) days after entry of this Order; and it is further

ORDERED that, upon reviewing Respondents' report, this Court will determine what, if any, further relief is warranted.

S/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge